THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN BARRINGER,

      Plaintiff,                      Civil Action No.
                                        13-CV-12746

vs.

                                        HON. MARK A. GOLDSMITH

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

## **JUDGMENT**

    In accordance with the opinion and order entered today, judgment is entered in favor of Defendant.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                                  By:    s/Deborah J. Goltz
                                                DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE